STATE OF NORTH CAROLINA v. EDDIE WALLACE

No. 7226SC683

(Filed 22 November 1972)

**Criminal Law § 161— failure to assign error on appeal — review of record proper**

Where defendant presented no assignments of error, the appeal itself constituted an exception to the judgment; however, no error appeared on the face of the record proper.

APPEAL by defendant from *Friday, Judge,* 8 May 1972 Session of MECKLENBURG Superior Court.

Defendant was charged in two bills of indictment with the offense of uttering forged checks, a felony prohibited by G.S. 14-120. The bills were consolidated for trial; defendant pleaded not guilty; the jury returned a verdict of guilty of both counts. Defendant was sentenced to imprisonment for a period of not less than three nor more than five years.

On this appeal defendant has presented no assignments of error.

*Attorney General Robert Morgan by Deputy Attorney General Andrew A. Vanore, Jr., for the State.*

*Nelson M. Casstevens, Jr., for defendant appellant.*

CAMPBELL, Judge.

The defendant having presented no assignments of error, the appeal itself is an exception to the judgment, *State v. Ayscue,* 240 N.C. 196, 81 S.E. 2d 403 (1954); defendant's exception to the judgment presents the face of the record for review, which review is ordinarily limited to the question of whether error of law appears on the face of the record and whether the judgment is regular in form, *State v. Kirby,* 276 N.C. 123, 171 S.E. 2d 416 (1970); when no error appears on the face of the record proper, and the judgment is within the statutory limitations prescribed and is predicated upon a verdict sufficient to support it, the judgment must be affirmed, *State v. Darnell,* 266 N.C. 640, 146 S.E. 2d 800 (1966), and *State v. Sloan,* 238 N.C. 672, 78 S.E. 2d 738 (1953).

There is no error within the record proper. Defendant was sentenced to a maximum imprisonment of five years, well within the ten years authorized by G.S. 14-120.

No error.

Judges MORRIS and PARKER concur.